UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

Purina Animal Nutrition LLC,

        Plaintiff,

v.

Triple L Cattle Company LLC and
Henry Burton Lawson,

        Defendants.

Case No._____

**COMPLAINT**

For its Complaint against Defendants, Plaintiff states and alleges as follows:

**PARTIES, JURISDICTION
AND VENUE**

1. Plaintiff Purina Animal Nutrition LLC ("Purina") is a Delaware limited liability company. Purina's members are Land O'Lakes, Inc. ("Land O'Lakes") and LOL Holdings II, Inc. ("LOL Holdings"). Land O'Lakes is a Minnesota cooperative corporation with its principal place of business located in Arden Hills, Minnesota. Under 28 U.S.C. § 1332(c)(1), Land O'Lakes is a citizen of the State of Minnesota. LOL Holdings is a Delaware corporation with its principal place of business located in Arden Hills, Minnesota. Under 28 U.S.C. § 1332(c)(1), LOL Holdings is a citizen of the States of Delaware and Minnesota.

Because its members are citizens of the States of Delaware and Minnesota, Purina is also a citizen of the States of Delaware and Minnesota.

2. Defendant Triple L Cattle Company LLC ("Triple L Cattle") is a Florida liability company. Triple L Cattle's members are Defendant Henry Burton Lawson and Keathley G. Lawson, both of whom are citizens of the State of Florida. Because its members are citizens of the State of Florida, Triple L Cattle is also a citizen of the State of Florida.

3. Defendant Henry Burton Lawson ("Mr. Lawson") is a citizen of the State of Florida currently residing in Mayo, Lafayette County, Florida.

4. The amount in controversy in this case, exclusive of costs and interest, exceeds the sum of $75,000.00.

5. The Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1332(a) based upon the complete diversity of citizenship between Purina, on the one hand, and Triple L Cattle and Mr. Lawson, on the other hand, and the fact that the amount in controversy, exclusive of costs and interest, exceeds the sum of $75,000.00.

6. Venue is proper in this judicial district under 28 U.S.C. § 1391(b).

## FACTS COMMON TO ALL COUNTS

7. Purina is engaged in the business of producing and distributing animal feed and related products.

8. Triple L Cattle and Mr. Lawson are engaged in the business of raising cattle.

9. In March 2012, Mr. Lawson submitted a Credit Application and Agreement ("Credit Agreement") to Purina to purchase animal feed on credit. A true and correct copy of the Credit Agreement, redacted to omit confidential information, is attached to this Complaint as Exhibit A.

10. In the Credit Agreement, Mr. Lawson identified himself as the "Applicant" for credit from Purina. He identified "Triple L Cattle Company" as a "trade name" under which he conducted business.

11. Under the terms of the Credit Agreement, Mr. Lawson agreed to timely pay all invoices from Purina. Mr. Lawson further agreed to pay Purina late charges on any past-due amounts at the rate of 18% per year and any attorney fees, costs and disbursements incurred by Purina in collecting any amounts due.

12. Mr. Lawson and Triple L Cattle purchased and received animal-feed products from Purina pursuant to the Credit Agreement.

13. Mr. Lawson and Triple L Cattle failed to pay for certain products that they purchased and received from Purina during late 2020 and early 2021 (hereinafter "the Products").

14. The unpaid principal balance due to Purina for the Products is $109,362.03. A true and correct summary of the unpaid invoices is attached to this

Complaint as Exhibit B. True and correct copies of the unpaid invoices are collectively attached to this Complaint as Exhibit C.

15. As of July 21, 2021, the amounts due under the unpaid invoices had accrued late charges in the amount of $9,621.38. Late charges have accrued since July 21, 2021, and will continue to accrue in the future, at the rate of $57.79 per day. A true and correct summary of the late charges is attached to this Complaint as Exhibit D.

16. Mr. Lawson and Triple L Cattle failed and refused to pay Purina the amounts due for the Products.

17. Purina has incurred, and will continue in the future to incur, attorney fees, costs and disbursements to collect payment for the Products.

18. Purina has satisfied all conditions to the prosecution of this action.

## COUNT I
## ACTION FOR THE PRICE

Purina restates all of the foregoing paragraphs of this Complaint and further states and alleges as follows:

19. The Products constitute "goods" under Section 2-105(1) of the Uniform Commercial Code ("Code").

20. Mr. Lawson and Triple L Cattle purchased, received and accepted the Products from Purina.

21. Mr. Lawson and Triple L Cattle fed the Products to their livestock.

22. Under Sections 2-607 and 2-709 of the Code, Purina is entitled to recover the purchase price for the Products from Mr. Lawson and Triple L Cattle, jointly and severally, in the principal amount of $109,362.03.

23. Purina is also entitled to recover late charges from Mr. Lawson and Triple L Cattle, jointly and severally, in the amount of $9,621.38, and additional late charges at the rate of $57.79 per day from July 21, 2021, through the date of entry of judgment, together with all of its attorney fees, costs and disbursements.

## COUNT II
## BREACH OF CONTRACT

Purina restates all of the foregoing paragraphs of this Complaint and further states and alleges as follows:

24. Mr. Lawson and Triple L Cattle contracted and agreed to pay Purina the purchase price for the Products.

25. Mr. Lawson and Triple L Cattle breached their contractual obligations to Purina by failing to pay the purchase price for the Products.

26. Purina is entitled to recover the purchase price for the Products from Mr. Lawson and Triple L Cattle, jointly and severally, in the principal amount of $109,362.03.

27. Purina is also entitled to recover late charges from Mr. Lawson and Triple L Cattle, jointly and severally, in the amount of $9,621.38, and additional

late charges at the rate of $57.79 per day from July 21, 2021, through the date of entry of judgment, together with all of its attorney fees, costs and disbursements.

**WHEREFORE**, Purina respectfully prays for this Court's judgment as follows:

1. Awarding Purina money damages against Mr. Lawson and Triple L Cattle, jointly and severally, in the principal amount of $109,362.03;

2. Awarding Purina late charges against Mr. Lawson and Triple L Cattle, jointly and severally, in the amount of $9,621.38, plus additional late charges at the rate of $57.79 per day from July 21, 2021, through the date of entry of judgment;

3. Awarding Purina all of its attorney fees, costs and disbursements; and

4. Granting Purina all such other and further relief as the Court deems just and equitable under the circumstances.

PURINA ANIMAL NUTRITION LLC

Dated: July 20, 2021

By: s/Jonathan C. Miesen
    Jonathan C. Miesen
    Associate General Counsel-Litigation
    Minn. Bar No. 19752X

4001 Lexington Avenue North
Arden Hills, Minnesota 55126
Telephone: (651) 375-5985
Facsimile: (651) 234-0535
E-mail: jcmiesen@landolakes.com

Attorney for Plaintiff